# GOVERNMENT

# EXHIBIT

# C

Affidavit of Captain James D. Carlson, United States Coast Guard

I, Captain James D. Carlson, United States Coast Guard, declare as follows:

1. I am the Staff Judge Advocate for the Seventh Coast Guard District. In this capacity, I provide advice to Coast Guard commands within the Seventh District concerning the proper application of Coast Guard legal authorities during the execution of, *inter alia*, alien migrant interdiction operations. Roughly speaking, the Seventh Coast Guard District area of responsibility includes the United States' territorial seas and international waters off the coasts of South Carolina, Georgia, Florida (excluding the panhandle), Puerto Rico, and the U.S. Virgin Islands, as well as the waters of the Caribbean Sea. I declare the following to be true to the best of my knowledge.

2. On 20 May 2016, a Coast Guard Station Key West small boat and the Coast Guard Cutter CHARLES SEXTON encountered a non-compliant vessel suspected of transporting undocumented migrants to the United States approximately eight nautical miles south of Cudjoe Key, Florida.

3. Two migrants disembarked the vessel for a Station Key West small boat. The remaining migrants abandoned the vessel, swam towards American Shoal Light, and eventually climbed onto the Light structure. For several hours, these migrants refused to depart American Shoal Light. Eventually, 19 Cuban migrants voluntarily came off the Light and were transferred to Coast Guard Cutter CHARLES SEXTON on 20 May 2016.

4. On 21 May 2016, two additional Cuban migrants from that same vessel were found on American Shoal Light having hid in the structure the prior day. One Cuban migrant was found clinging to driftwood four nautical miles from American Shoal Light and claimed that he hid in the American Shoal Light but jumped into the water.

5. American Shoal Light is an abandoned nine-legged, prefabricated, pin-jointed iron and wrought iron structure. The tower height is 109 feet high. The Light is located within the territorial sea of the United States at 24-31-30.422°N, 081-31-09.898° W, approximately 6.5 nautical miles south of Sugarloaf Key, Florida. The Light is outside the boundaries of the 50 states and various territories of the United States.

6. Installation of the Light was completed in 1880. Since then, the Light was in continuous service as a navigation aid until 2015 when an automatic light was erected nearby. While American Shoal Light remains U.S. Government property and a charted aid to navigation, the light itself is no longer in use.

7. The nine legs of the Light's supporting structure were drilled into coral reef on the seabed within the territorial seas of the United States, and submerged at all times. At the most shallow depth, the water beneath the Light is approximately four feet

deep.  The Light is not, nor has it ever been, connected to dry land, i.e., to land shoreward of the high-water mark.

8. Over the years, the Light was manned by Keepers at various times until an automatic light was installed in 1963.  In 1980, the Light was re-manned for a limited time as a lookout point during the Mariel Boatlift.

9. While the United States exercises sovereign jurisdiction over the Light, I relied on judicial and Executive Branch interpretations of the Immigration and Nationality Act to determine the required procedures for undocumented aliens interdicted by Coast Guard units on the structure.  These include a 1996 Department of Justice (DOJ) Office of Legal Counsel (OLC) memorandum interpreting section 235(a)(1) of the Immigration and Nationality Act (INA), concluding undocumented aliens seeking to reach the United States, but who "have not landed or been taken ashore on United States dry land," are not entitled to removal (including deportation) proceedings under the INA, including inspection, screening, and attendant procedures that will result in either admission, asylum, or removal. Memorandum for the Attorney General, from Richard L. Shiffrin, Deputy Assistant Attorney General, Office of Legal Counsel, Re: Rights of Aliens Found in U.S. Internal Waters (Nov. 21, 1996) (1996 OLC Opinion).

10. Under Coast Guard policy, migrants interdicted in United States' internal waters, United States' territorial seas, or onboard vessels moored to a United States' pier, are not considered to have landed ashore and may be directly repatriated.  Further, migrants located on pilings, low-tide elevations, or offshore aids to navigation are also not considered to have entered the United States.  In contrast, undocumented aliens who are on United States' land, bridges, or piers are considered to have landed ashore, even if they subsequently re-enter the water.

11. The Coast Guard determined that American Shoal Light, as an abandoned aid to navigation whose legs are anchored to the seabed and submerged at all times, does not constitute the territory of the United States, and therefore the individuals removed from the Light were not considered to have entered the United States.  The Coast Guard accordingly determined these individuals were not entitled to removal or other proceedings under the INA.

12. All 24 individuals received at-sea Credible Fear Interviews from a U.S. Citizenship and Immigration Services (USCIS) Protection Screening Officer (PSO) on 24 May 2016.  While these screenings are not conducted under the INA, generally they are conducted by policy on Cuban migrants interdicted at sea, or on any migrant interdicted at sea who manifests a fear of return to the country from which he or she departed, or to which he or she may be otherwise returned.

13. USCIS reported there were no protection concerns for the 24 individuals at issue in this case.

14. Under Coast Guard policy, the Coast Guard disposition for all 24 individuals is repatriation to Cuba. Department of Homeland Security partner agencies concurred with the Coast Guard's disposition decision.

15. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 26, 2016.

_____
James D. Carlson
Captain, U.S. Coast Guard
Staff Judge Advocate
Seventh Coast Guard District