# GOVERNMENT

# EXHIBIT

# D

**Pictures of American Shoal Light:**



**Supporting Structures of American Shoal Light Connected to Sea Floor:**



