UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21868-CIV-GAYLES

MOVIMIENTO DEMOCRACIA, INC.;
LIBAN CONCEPCION LIO; ALEXIS LEYVA;
MICHAEL PEREZ PEREZ;
YORDANKI PEREZ VAREA;
ALEXANDER VERGARA LOPEZ;
JEGNIER CESPEDES ALMAGUER; et al.,

        Plaintiffs,

vs.

JEH JOHNSON, Secretary,
Department of Homeland Security, et al.,

        Defendants.
_____/

DEFENDANTS' NOTICE TO COURT REGARDING
STATUS OF MIGRANT PLAINTIFFS

Defendants, by and through their undersigned counsel, file their Notice to Court Regarding Status of Migrant Plaintiffs, and state:

1. The United States Citizenship and Immigration Services has completed its protection screening of the twenty-four (24) Cuban migrants who were interdicted at American Shoal Lighthouse.

2. Twenty (20) of the migrants were found to have credible fears of persecution, and will be taken to the Naval Base at Guantanamo Bay, Cuba, for further evaluation and screening. The remaining four (4) migrants will be repatriated to Cuba.

DATED:  June 30, 2016                    Respectfully submitted,

                                             WIFREDO A. FERRER
                                             UNITED STATES ATTORNEY

By:   \_\_s/ Dexter A. Lee_____
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
(305) 961-9320
Fax:  (305) 530-7139
E-mail:  dexter.lee@usdoj.gov
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

\_\_\_s/ Dexter A. Lee_____
DEXTER A. LEE
Assistant U.S. Attorney

SERVICE LIST
Movimiento Democracia, et al. v. Jeh Charles Johnson, et al.,
Case No. 16-21868-CIV-GAYLES
United States District Court, Southern District of Florida

William J. Sanchez, Esq.
12600 S.W. 120th Street, Suite 102
Miami, Florida  33186
(305) 232-8889
Fax:  (305) 232-8819
E-mail:  William@wsanchezlaw.com

Virlenys H. Palma, Esq.
303 N. Krome Avenue
Homestead, Florida  33030
(786) 601-2293
Fax:  (786) 513-5700
E-mail:  vhpalma@gmail.com

Luis Fernandez, Esq.
2250 S.W. 3rd Avenue, Suite 303
Miami, Florida  33129
(305) 854-5955
Fax:  (305) 854-5324
E-mail:  lfernandez@aol.com

Wilfredo O. Allen, Esq.
2250 S.W. 3rd Avenue, Suite 303
Miami, Florida  33129
(305) 854-5955
Fax:  (305) 854-5324
E-mail:  legalallen@aol.com

Kendall Coffey, Esq.
2665 S. Bayshore Drive
Miami, Florida  33132
(305) 857-9797
Fax:  (305) 859-9919

Joseph Geller, Esq.
2411 Hollywood Boulevard
Hollywood, Florida  33020
(954) 920-2300
Fax:  (954) 920-6885

| | |
|---|---|
| E-mail:  kcoffey@coffeyburlington.com | E-mail:  joseph.geller@gmlaw.com |
| Benedict P. Kuehne, Esq.<br>100 S.W. 2nd Avenue<br>Miami, Florida  33020<br>(305) 524-1114<br>Fax:  (305) 789-5987<br>E-mail: ben.kuehne@kuehnelaw.com | Santiago Alpizar, Esq.<br>1699 Coral Way<br>Coral Gables, Florida  33145<br>(305) 856-2494<br>Fax:  (305) 854-9788<br>E-mail:  alpizarlaw@gmail.com |

ATTORNEYS FOR PLAINTIFFS